# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0767
Lower Tribunal No. 2021-CA-11232

_____

ANTHONY VAN DUYN,

Appellant,

v.

ORANGE COUNTY SHERIFF JOHN MINA and ORLANDO TACO, LTD.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Thomas A. Burns, of Burns, P.A., Tampa, for Appellant.

Brian F. Moes and George R. Deitrich, of DeBevoise & Poulton, P.A., Winter Park, for Appellee, Orange County Sheriff John Mina.

No Appearance for Appellee, Orlando Taco, Ltd.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED